

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SCHUSTER, | 3:11-cv-0081-HDM (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 13, 2011 |
| ROBERT BANNISTER, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Strike (Doc. #12). Defendants move to strike Plaintiff's Motion of Opposition to Defendants' Answer (Doc. #11). Defendants' Motion is well taken.

Fed. R. Civ. P. 7(a) provides for the filing of a complaint and an answer and various other pleadings. The Rule does not permit the filing of an opposition to an answer to a complaint.

Defendants' Motion to Strike (Doc. #12) is **GRANTED**. The Clerk shall **STRIKE** Plaintiff's Motion of Opposition to Defendants' Answer (Doc. #11) and **RETURN** the same to the Plaintiff.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk