# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| DONALD SCHUSTER, | ) | 3:11-cv-00081-HDM-WGC |
|  | ) |  |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
|  | ) |  |
| vs. | ) | April 9, 2012 |
|  | ) |  |
| ROBERT BANNISTER, *et al.,* | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' Motion for Enlargement of Time to File Dispositive Motions (Doc. # 45).  Defendants represent that this case was recently assigned to current counsel and therefore request a sixty day enlargement of time from the current deadline for filing motions which is April 9, 2012.

Good cause appearing, defendants' Motion (Doc. #45) is **GRANTED**.  Defendants shall have sixty (60) days to and including June 8, 2012, within which to file their dispositive motion.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By:    /s/
                Deputy Clerk