**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
DONALD SCHUSTER,                    )   3:11-cv-00081-HDM-WGC
                                    )
            Plaintiff,              )
                                    )   ORDER
vs.                                 )
                                    )
KATHERINE HEGGE, ROBERT B.          )
BANNISTER, DON POAG, B. EGERTON,    )
DEBRA WILLIAMS, REBECCA             )
RICHARDSON, and JOHN R. SCOTT,      )
                                    )
            Defendants.             )
_____)
```

The court has considered the report and recommendation of the United States Magistrate Judge (#67) filed on December 7, 2012, in which the magistrate judge recommends granting the defendants' motion for summary judgment (#51) and denying plaintiff's motion for a temporary restraining order (#58). No objections to the report and recommendation have been filed and the time for filing any objections has expired. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the

1

1 | requirements of 28 U.S.C. § 636 and applicable case law, and the
2 | court hereby accepts and adopts the report and recommendation of
3 | the United States Magistrate Judge (#67).
4 |     Accordingly, the defendants' motion for summary judgment (#51)
5 | is **GRANTED,** and the plaintiff's motion for a temporary restraining
6 | order (#58) is **DENIED.** The clerk of the court shall enter judgment
7 | accordingly.
8 |     **IT IS SO ORDERED**.
9 |     DATED: This 22nd day of January, 2013.

*[signature: Howard D. McKibben]*

UNITED STATES DISTRICT JUDGE

2